IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT EARL JOHNSON,
    Plaintiff,

vs.                                        Case No. 5:15cv208/WTH/EMT

NORTHWEST FLORIDA RECEPTION CENTER,
    Defendant.
_____/

**REPORT AND RECOMMENDATION**

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated December 20, 2016, Plaintiff was given thirty (30) days in which to submit a motion to proceed in forma pauperis for use by non-prisoners, and to file a second amended complaint. Plaintiff failed to file an amended complaint and to either submit a complete motion to proceed in forma pauperis or pay the filing fee by the deadline (ECF No. 23). On February 9, 2017, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 28). The time for compliance with the show cause order has now elapsed, and Plaintiff has

failed to file an amended complaint, submit a motion to proceed in forma pauperis or pay the filing fee, or show cause for his failure to do so. It affirmatively appears that Plaintiff has not received copies of the aforementioned orders because he no longer resides at the address he provided and has failed to keep this court apprised of his current address.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to keep this court apprised of his current address.

At Pensacola, Florida, this 15th day of March 2017.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case No.: 5:15cv208/WTH/EMT