UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT EARL JOHNSON,

    PLAINTIFF,

-vs-                                              Case No. 5:15-cv-00208-WTH-EMT

NORTHWEST FLORIDA RECEPTION CENTER,

    DEFENDANT.
_____/

## **O R D E R**

This matter is before the Court on ECF No. 30, the Magistrate Judge's Report and Recommendation that this case be dismissed without prejudice for Plaintiff's failure to comply with an order of the court. Plaintiff failed to file an amended complaint as directed by the Magistrate Judge, ECF No. 23, and also failed to respond to the Magistrate Judge's Order to Show Cause, ECF No. 28. Additionally, mail to plaintiff has been returned as undeliverable, and plaintiff has not apprised the Court of his current address.

The time for filing objections to the Report and Recommendation has passed, and none have been filed. Upon consideration, the Report and Recommendation is accepted and incorporated herein by reference. The Clerk is directed to enter the

following judgment: "This case is dismissed without prejudice for failure to follow orders of the Court."  The Clerk is directed to close the file.

IT IS SO ORDERED.

DONE and ORDERED at Gainesville, Florida this 25th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE